UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWNTAINE HAWKINS,

                Plaintiff,

– against –

J.C. PENNEY CORPORATION, INC.,

                Defendant.

**ORDER**

19 Civ. 11709 (ER)

Ramos, D.J.:

On December 27, 2019, this action was stayed pending resolution of binding arbitration. Doc. 5. On April 28, 2021, the Court directed the parties to file a status report by July 28, 2021 or within 48 hours of the resolution of the arbitration, whichever occurs earlier. Doc. 8. As of this date, the parties have not filed a status report. The parties are therefore again directed to file a status report by January 15, 2022 or within 48 hours of the resolution of arbitration, whichever occurs earlier.

    SO ORDERED.

Dated:   December 15, 2021
            New York, New York

                                                  Edgardo Ramos, U.S.D.J.