UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWNTAINE HAWKINS,

                Plaintiff,

– against –

J.C. PENNEY CORPORATION, INC.,

                Defendant.

**ORDER**

19 Civ. 11709 (ER)

RAMOS, D.J.:

      On December 27, 2019, this action was stayed pending resolution of binding arbitration. Doc. 5. On April 28, 2021, the Court directed the parties to file a status report by July 28, 2021 or within 48 hours of the resolution of the arbitration, whichever occurs earlier. Doc. 8. As of this date, the parties have not filed a status report. The parties are therefore again directed to file a status report by May 4, 2022 or within 48 hours of the resolution of arbitration, whichever occurs earlier. The Clerk of Court is respectfully directed to mail a copy of this order to counsel for Plaintiff at the following address:

                Delmas A. Costin, Jr., Esq.
            The Law Office of Delmas A. Costin, Jr.,
                    177 E. 161st St
                    Bronx, NY 10451

      SO ORDERED.

Dated:   April 19, 2022
            New York, New York

                                              Edgardo Ramos, U.S.D.J.