UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWNTAINE HAWKINS,

                Plaintiff,

– *against* –

J.C. PENNEY CORPORATION, INC.,

                Defendant.

**ORDER**

19 Civ. 11709 (ER)

RAMOS, D.J.:

    On December 27, 2019, this action was stayed pending resolution of binding arbitration. Doc. 5. On April 28, 2021, the Court directed the parties to file a status report by July 28, 2021 or within 48 hours of the resolution of the arbitration, whichever occurs earlier. Doc. 8. No status report was filed, and the Court again directed the parties to file a status report by May 4, 2022 or within 48 hours of the resolution of arbitration, whichever occurs earlier. Doc. 14. As of this date, no status report has been filed. As neither party has participated in litigation in the past twelve months, the case is terminated. The Clerk of Court is respectfully directed to terminate the case, and to mail a copy of this order to counsel for Plaintiff at the following address:

        Delmas A. Costin, Jr., Esq.
        The Law Office of Delmas A. Costin, Jr.,
        177 E. 161st St
        Bronx, NY 10451

    SO ORDERED.

Dated:  May 26, 2022
          New York, New York

                                                  Edgardo Ramos, U.S.D.J.